# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 23 MAG 5622            Date 9/8/23

USAO No. 2023R00968

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. Fiona Lorriane Walters

The Complaint/Rule 40 Affidavit was filed on 7-18-23

____ U.S. Marshals please withdraw warrant.

/s/ Kaiya Arroyo
ASSISTANT UNITED STATES ATTORNEY

Kaiya Arroyo
(Print name)

**SO ORDERED:**

/s/ Victoria Reznik
UNITED STAES MAGISTRATE JUDGE

DATE 9/8/2023

---

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy